1  JULIE M. MCCOY, Bar no. 129640
   1670 SANTA ANA AVE., SUITE "K"
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 09- 08001 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JOSE J. GONZALEZ, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jose J. Gonzalez, in the principal amount of $2,640.14 plus interest accrued to October 2, 2009, in the sum of $5,934.70; with interest accruing thereafter at 9% annually until entry of judgment, for a total amount of **$8,574.84**.

DATED: 11/18/2009          By: _____TERRY NAFISI_____
                                   Clerk of the Court

                                   L. RAYFORD
                              _____
                                   Deputy Clerk
                              United States District Court